# Exhibit 1

**District 1**

## Case Summary

**Case No. 2025L007967**

| | | |
|---|---|---|
| Benjamin Johnson -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD. | §<br>§<br>§<br>§<br>§ | Location: **District 1**<br>Judicial Officer: **Calendar, A**<br>Filed on: **06/23/2025**<br>Cook County Attorney Number: **56079** |

---

### Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025 Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

---

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L007967 |
| Court | District 1 |
| Date Assigned | 06/23/2025 |
| Judicial Officer | Calendar, A |

---

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Johnson, Benjamin** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

**District 1**

## Case Summary

**Case No. 2025L007967**

---

### Events and Orders of the Court

---

08/26/2025
Certificate Filed
    Party: Plaintiff Johnson, Benjamin

08/20/2025
*CANCELED* **First Time Case Management** (9:00 AM) (Judicial Officer: Flores, Barbara Nubia)
    Resource: Location L2206 Court Room 2206
    Resource: Location D1 Richard J Daley Center
    *Order of Court*

08/08/2025
Summons Issued And Returnable
    *Summons to Corelle Brands*
    Party: Plaintiff Johnson, Benjamin
    *Summons to Corelle Brands*

08/08/2025
Summons Issued And Returnable
    *Summons to Midea America*
    Party: Plaintiff Johnson, Benjamin
    *Summons to Midea America*

07/24/2025
Place On Bankruptcy Calendar - Allowed - (Judicial Officer: Lyons, Thomas V., II)
    Party: Plaintiff Johnson, Benjamin

07/24/2025
Strike From Case Management Call - Allowed (Judicial Officer: Lyons, Thomas V., II)
    Party: Plaintiff Johnson, Benjamin

07/17/2025
Electronic Notice Sent
    Party: Plaintiff Johnson, Benjamin
    Party 2: Attorney Cesarone, Frank Vincent

07/17/2025
Electronic Notice Sent
    Party: Plaintiff Johnson, Benjamin
    Party 2: Attorney Cesarone, Frank Vincent

07/07/2025
Notice Filed
    *Plaintiff's Notice of Stay*
    Party: Plaintiff Johnson, Benjamin
    *Plaintiff's Notice of Stay*

06/23/2025
New Case Filing

06/23/2025
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
    *Complaint and Jury Demand (Johnson)*
    Party: Plaintiff Johnson, Benjamin
    Party 2: Attorney Cesarone, Frank Vincent
    *Complaint and Jury Demand (Johnson)*

06/23/2025
Exhibits Filed
    *Civil Cover Sheet (Johnson)*
    Party: Plaintiff Johnson, Benjamin
    Party 2: Attorney Cesarone, Frank Vincent
    *Civil Cover Sheet (Johnson)*

    Printed on 03/26/2026 at 8:18 AM